

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

January 22, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 3:57:11 PM
CHRISTOPHER A. PRINE
Clerk

SARAH V WOOD
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON, TX 77002

Defendant's Name: LEONARD MARK STOREMSKI

Cause No: 1361698

Court: 263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10-31-14
**Sentence Imposed Date:** 10-31-14
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: SARAH V WOOD**
MOTION FOR NEW TRIAL: FILED ON 11-5-14

Sincerely,

L Arriaga
Criminal Post-Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    GINA BENCH (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1201 Franklin   P.O. Box 4651   Houston, Texas 77210-4651